UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STACEY Y. ROYAL, | ) | CASE NO. 3:12 CV 123 |
| Petitioner, | ) ) | JUDGE DAN AARON POLSTER |
| v. | ) ) | |
| STATE OF OHIO, et al., | ) ) | MEMORANDUM OF OPINION AND ORDER |
| Respondents | ) ) | |

On January 19, 2012, petitioner *pro se* Stacey Y. Royal filed the above-captioned petition for writ of habeas corpus under 28 U.S.C. § 2254. Royal challenges her October 2010 convictions in the Wood County Court of Common Pleas for telecommunications fraud, insurance fraud, theft, and engaging in a pattern of corrupt activity. For the reasons stated below, the petition is denied and this action is dismissed.

A federal court may entertain a habeas petition filed by a person in state custody only on the ground that she is in custody in violation of the Constitution, laws, or treaties of the United States. 28 U.S.C. § 2254(a). In addition, petitioner must have exhausted all available state remedies. 28 U.S.C. § 2254(b).

It is evident on the face of the petition that Royal has yet to exhaust her direct appeals in the Ohio Courts. (ECF #1, p.2). Thus, without regard to the potential merits of the grounds sought to be raised herein, the petition is premature.

Accordingly, this action is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that

an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed.R.App.P. 22(b); 28 U.S.C. § 2253.

    IT IS SO ORDERED.


                                                */s/Dan Aaron Polster 3/22/12*
                                                DAN AARON POLSTER
                                                UNITED STATES DISTRICT JUDGE